**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ralph Nels LAVERDURE,
Defendant–Appellant.**

**No. 09–30205.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 18, 2010.

Carl E. Rostad, USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

638

Joseph Mayo Ashley, Ashley Law Office, Helena, MT, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Ralph Nels Laverdure appeals from the 124–month sentence imposed following his guilty-plea conviction for conspiracy to possess methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Laverdure contends the district court erred by refusing to apply safety valve relief under U.S.S.G. § 5C1.2(a) and 18 U.S.C. § 3553(f). This contention is unavailing because the district court properly concluded that Laverdure failed to truthfully provide to the government all information and evidence concerning the conduct for which he was convicted and sentenced. *See* § 3553(f)(5); *see also United States v. Ajugwo*, 82 F.3d 925, 929 (9th Cir.1996).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).